# United States Court of Appeals
## For the First Circuit

---

Nos. 01-1382, 01-2273

TAMKO ROOFING PRODUCTS, INC.,

Plaintiff, Appellee,

v.

IDEAL ROOFING COMPANY, LTD.,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this court, issued March 7, 2002, should be amended as follows:

Cover: after "Christopher R. Benson with whom Marcy Hogan Greer, Susan J. Hightower, and Fulbright & Jaworski L.L.P.," add "and John R. Keville and Howrey Simon Arnold & White, LLP,"